UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 14  P 3: 47

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

December 12, 2001

MEMORANDUM TO COUNSEL RE:   Hartz & Co., Inc. v.
Travelers Property Casualty Ins. Co.
Civil No. L-01-2900

Dear Counsel:

I am in receipt of your Joint Report to Court requesting 100 deposition hourst. While this number of hours may prove necessary, it seems high given the allegations of the complaint.

I hereby authorize 15 hours per side. Please use that allotment. If you need more, please submit a written request describing (i) the paper discovery taken to date, (ii) the depositions taken to date, including the length of each, (iii) the depositions remaining, including the need for and anticipated length of each, (iv) specific dates for the deposition, and (v) whether opposing counsel agrees to the request.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file