IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| HARTZ & COMPANY, INC., | ) |
| Plaintiff | ) |
| vs. | ) Case No. L 01-CV-2000 / 2900 |
| TRAVELERS PROPERTY CASUALTY INSURANCE CO., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion of Plaintiff, Hartz & Company, Inc. and Defendant, Travelers Property Casualty Insurance Co., to amend the Scheduling Order in the above captioned matter, it is this 26 day of March, 2002 by the United States District Court for the District of Maryland,

**ORDERED** that the discovery deadline shall be changed from April 4, 2002 to June 4, 2002; the deadline for Request for Admissions is changed from April 11, 2002 to June 11, 2002; the dispositive pretrial motions deadline is changed from May 6, 2002 to July 5, 2002.

_____
Honorable Benson Everett Legg
United States District Judge

h:\leslie\hartz\jtnom.amschord